**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Selective Insurance Company of South Carolina, et al.

                Plaintiff,

v.                                            Case No.: 1:12–cv–07498

                                                    Honorable Joan B. Gottschall

Dodson Company, LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 9, 2015:

      MINUTE entry before the Honorable Joan B. Gottschall: Status hearing held. The underlying state insurance case upon which this case is premised has been resolved. This case is placed on the suspense docket pending submission of dismissal papers. Status hearing set for 4/10/2015 at 9:30 AM. If dismissal papers are filed before this date, no appearance will be necessary. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.