**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Selective Insurance Company of South Carolina, et al.

                        Plaintiff,

v.                                  Case No.: 1:12–cv–07498
                                       Honorable Joan B. Gottschall

Dodson Company, LLC, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 12, 2015:

    MINUTE entry before the Honorable Joan B. Gottschall: This case has settled. Status hearing set for 4/10/2015 is stricken. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.