IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SELECTIVE INSURANCE COMPANY OF SOUTH CAROLINA and SELECTIVE WAY INSURANCE COMPANY, | )<br>)<br>)<br>) | |
| Plaintiffs, | ) | Case No. 12-CV- 07498 |
| v. | )<br>)<br>) | Honorable Joan B. Gottschall |
| DODSON COMPANY, LLC, JEFFREY DODSON and G.M. SIGN, INC., | )<br>)<br>) | |
| Defendants. | ) | |

**<u>STIPULATION TO DISMISS</u>**

The parties to this case, plaintiffs/counter-defendants SELECTIVE INSURANCE COMPANY OF SOUTH CAROLINA and SELECTIVE WAY INSURANCE COMPANY and defendant/counter-plaintiffs DODSON COMPANY, LLC, JEFFREY DODSON and G.M. SIGN, INC., for their stipulation to dismiss, state as follows:

1. The underlying case that is the subject of this declaratory judgment action, *G.M. Sign, Inc., an Illinois corporation, individually and as the representative of a class of similarly situated persons v. Dodson Company, LLC and Jeffrey Dodson*, in the Circuit Court of the 19th Judicial District, Lake County, Illinois under case no. 08 CH 4999, having been fully compromised and settled, the parties to this case agree that this matter can be dismissed with prejudice by the Court, with each party responsible for their own costs.

WHEREFORE, the parties jointly and respectfully request that the Court enter an Order of dismissal of this case, with prejudice, for the reasons set forth above.

| | |
|---|---|
| CREMER, SPINA, SHAUGHNESSY, JANSEN & SIEGERT, LLC | WEISSBERG & ASSOCIATES |
| By: <u>/s/ Drew L. Block</u><br>Cremer, Spina, Shaughnessy,<br>Jansen & Siegert, LLC<br>1 North Franklin, 10th Floor<br>Chicago, IL 60606<br>(312) 980-3006<br>dblock@cremerspina.com<br>*Attorney for Plaintiffs Selective Insurance Company of South Carolina and Selective Way Insurance Company* | By: <u>/s/ Arial Weissberg</u><br>Weissberg & Associates<br>401 S. LaSalle St., Ste. 403<br>Chicago, IL 60605<br>(312) 663-0004<br>ariel@weissberglaw.com<br>*Attorney for Defendants Jeffrey Dodson and Dodson Company, LLC* |

ANDERSON & WANCA

By: <u>/s/ David Max Oppenheim</u>
Anderson & Wanca
3701 Algonquin Rd., Ste. 760
Rolling Meadows, IL 60008
(847) 368-1500
doppenheim@andersonwanca.com
*Attorney for Defendant G.M. Sign, Inc.*

514-43/325572